# Laurence A. Silverman and Associates

*Attorneys at Law*
*1772 E. Jericho Tpke., Suite 2, Huntington, N.Y. 11743*
*(631) 499-3333 · Fax (631) 462-7548*
*Internet address: www.lasLAW.com*

*Laurence A. Silverman, Esq.*
*Peter D. Bark, Esq.*
*Andrew C. Karpf, Esq.\**
*\*admitted in NY and CO*

October 23, 2017

Hon. Deborah A. Batts, USDJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>USA v. Thomas Carrano</u>
17 CRIM 460

Dear Judge Batts:

 Please be advised that the above-referenced matter is scheduled for conference on October 24, 2017 at 11:00 a.m. Due to a change in office locations and subsequent oral surgery, I have not completed my review of discovery provided by Mr. McGinnis and Ms. Moe. Kindly accept this letter as a request to reschedule the conference to November 20, 21 or 22, 2017 at 11:00 a.m.

 I have had correspondence with AUSA Michael McGinnis. He informed me that he has no objection to the request for continuance.

 Please be advised that the defendant consents to the exclusion of time under the speedy trial act.

 Thank you for your consideration.

Yours, etc.,

*Andrew Karpf*
Andrew Karpf

ACK/md
cc: Michael McGinnis, AUSA