

**Preservation Gamefowl**
**Admin** · · 27 September at 16:07

Round two Deplorable 70 hens and a few young stags in total. I could tolerate yesterday Today was beyond a gamefowl fanciers Imagination. Majority of them looked as if they could drop dead at any minute .I honestly could only tell a few of them were even mine.SMH going forward Lawyers came out to the farm Anthony Saville did another really good job and we are going to just keep at it thanks for the prayer thoughts and all else that goes with this kind of situation yf Tommy PS It is all documented by Mr Saville.

Top of Form

LikeShow More Reactions
Comment
1172218161 James Todd, Garrett Graham and 159 others
**Comments**


**Mark J. Reynolds** Sorry Tommy, praying for you brother.
Like
· Reply ·
22
· 27 September at 16:10
Remove


**Lee Eubanks** Wow sorry brother
Like
· Reply ·
11
· 27 September at 16:12
Remove


**Robert Lee** Prayers Tommy! I know it's hard but keep your head high!
Like
· Reply ·
11
· 27 September at 16:13
Remove


**Eddie An Stephanie Cregar** Its so sad tommy my prayers r wth u each an every day
Like
· Reply ·
22
· 27 September at 16:15
Remove

