# Report for Tommy Cerrano on my interpretation of the prosecution endictment.

September 28 2017 at 9.01 am.

Qualifications of Mr Saville as a poultry expert. Anthony Saville aged 73 has kept and bred poultry continually for approximately 70 years. He is fully competent in all aspects of breeding, culling and advising on all aspects of Husbandry with all types of poultry.

Judging Qualification.

1) South African Poultry Association Judges Certificate # 764 dated October 31 1977.Certified to judge All colors, All varieties of Old English Game Fowl and Old English Game Bantams

2) South African Poultry Association Judges certificate #822 dated July 7 1983. Certified to judge All colors , All varieties of Australorp large fowl and bantams.

3) Oxford Old English Game Fowl Club dated July 27 1991. Certified to judge All colors all varieties of the Oxford Type Old English Game.

4) American Game Fowl Society dated December 2005. Certified to judge All colors all varieties of American Game Fowl and Miniature (Bantam) American Game Fowl.

Other Qualifications.

Anthony Saville compiled and published the American Game Fowl Standard and Miniature American Game Fowl Standard in 2003.

Anthony Saville has traveled all over America speaking judging and promoting the showing of American Game Fowl since 1995.

The American Game Fowl Society which Anthony Saville is the President of is affiliated to the American Poultry Association and the American Bantam Association.

As a poultry and chicken husbandry expert I have been asked by Tommy Carrano to look at the evidence submitted by the prosecution of his indictment and comment on what I see and where I can clarify the evidence and what it really means.

OVERVIEW: What stands out here is the total single-mindedness of the investigators in this case. Surely the entire matter should be fully investigated and the trial should be to establish the facts in court. That in my opinion has not happened here.
The evidence is conjecture at least to incriminate this man by bending the facts and manufacturing (leading) a whole case based on their idea of what they perceive to be Cockfighting. What concerns me is that without any proof of actual Cockfighting these people could incriminate anybody. Especially themselves. (See ASPCA report Alison Liu )

Submitted by Tommy Carrano as evidence for the defense was an independent Commercial TV video (Chicken People) on SHOWS AND SHOWHOLDING.  This is about the fraternity that attend chicken shows in America but the content of this video applies all over the world .
These show people keep and breed their chickens to share with their compatriots and the general public.  The chickens are pampered  and groomed for their day at the show.  A whole year is spent for this purpose. The American Poultry Association,  the American Bantam association and the American Game Fowl Society hold regular shows and a Special Championship chicken show comparable to the Westminster Dog Show is held each year with up to 12,000 entries.

New York should be aware of their Westminster Kennel Club Dog Show and the show people running around with the dogs preening and grooming them.
A poultry show is similar with judges judging different classes.
Imagine the investigators that we have in Tommy Carrano's case selectively deciding to visit some show dog owner and compiling evidence for a case of animal cruelty.
There is in my opinion cruelty in getting those poor old dogs to pose, and cruelty in washing them every day, and traveling them around the country in cramped crates unable to urinate or urinate on themselves.  If I was single minded enough and blinded by my perceived morality I could easily compile a Felony case to incriminate the owners of these dogs for Cruelty to Animals.   Imagine the public indignation if the ASPCA people arrested the Westminster dog handlers for cruelty to animals and confiscated the dogs.

For clarity THE NEW YORK GAME BREEDERS ASSOCIATION is a show holding club with an annual show.  I have personally judged this show in the early 2000"s.

The evidence collected by the raiders at Tommy Carrano's farm has in my opinion been at best compiled in a negative way. Possibly leading and I use the legal term here for leading the prosecution to form a negative conclusion.

Examples of this follow.

Scenario1.Report by John Bolin regional director ASPCA. Dated 05/25/17
This report contains non factual mistakes possibly to portray the defendant negatively.  The mistakes follow.
1 The statement about the breeding operation having a disproportionate cock to hen ratio is incorrect.  The ratio is exactly what I would expect at any one of the thousands of show fowl breeders countrywide.
2 During the search John Bolin observes what he calls Gamefowl and then embroiders commonly used for cockfighting.  He is incorrect BIRD Co 15 as confiscated by the ASPCA was a commercial rooster used either for egg producing or meat.  This chicken during my inspection was missing.  This appears to be destroying vital evidence by the ASPCA.
3 Mr Bolin incriminates to FLY PENS.  The rooster facility run by the ASPCA that I inspected held the roosters in FLY PENS WITH PERCHES.
4 Mr Bolin spends a whole paragraph on incrimination about Philipino drop pens portraying them negatively negatively.  These drop pens at the Carrano farm have shaded tops and are used to spell chickens on lush grass and clover. Preventing boredom and providing super nutrition..
5 Mr Bolin next refers to a KEEP.  Surely he is aware that all poultry fanciers keep their birds in single pens so that their health and feather condition are perfect for show day.
6 Much is made of the dubbing of Tommy Carrano's birds. The reader is intentionally worked up by the terminology. Surgically altered.  The removed comb, wattles and ear lobes on a chicken are referred to as a whole emotional surgical operation that occurs in many parts.  Bloody and sickening and purposefully portrayed as such.

During my inspection of the Roosters a very serious anomaly arose.  Here I refer to Mr Bolins point on Dubbing. Bird number BO12 HAS BEEN SCALPED since it left the Carrano facility.. This is not the removal of the comb, wattles and ear lobes of the chicken. This chicken has been severely fighting during the ASPCA  incarceration at their facility. There is permanent severe damage to this birds head.  To prove the fighting the bird also has a severe healed up broken leg and has damaged spurs.  Someone at the ASPCA has to be aware of the severity of the injuries to this bird and will be called at trial  to explain the injuries.  Clearly now it is evidenced as to why the ASPCA took  almost 6 months to allow an inspection of the birds in their care.

Here are the some FACTS on dubbing.
Every weekend there is a chicken show somewhere in the USA.
Thousands of Old English Game Bantams or Old English Game Fowl are shown.  They have ALL been dubbed or surgically altered as required in the APA, ABA and AGFS  Standards.
Are are all of these people guilty of Cockfighting?  This is ludicrous.
6b Mr Bolin continues to waft on with inciting rhetoric about dubbing and then refers to spur cutting as dubbing, this term is incorrect for spur cutting.   The American Game Fowl Standard requires that all spurs are cut short so that the poor old judge is not maimed by the long spurs.  I will bring examples of these removed spurs to trial.
7 Mr Bolin then leads (Legal Term) with a whole descriptive sentence on a  burlap bag covered bench.  I supply 2 answers.  First this bench was inherited from Mr Joe Z.  Second this bench could be used to ensure that the show bird is CORKY a show term used to describe a chickens condition.
8 Mr Bolin refers to a dubbing and modification stand. And medications.  Surely you would expect some type of table in a show chicken preparation area.  Chickens get sick and need medication.  The ASPCA are aware of this because of the sick and deceased Tommy Carrano chickens at their facility.  One rooster was sick and dying at he ASPCA facility during my inspection in my opinion and required urgent medication.
9 Mr Bolin tries to incriminate with Scales.  Surely an expert like him should know that ALL chickens at every show have to conform to a weight.  Please read the American Poultry Standard to confirm this point.
10 Mr Bolin refers to numbering of pens?  I cannot understand his inferance.
11 Mr Bolin refers to signage TNT GAMEFOWL what is this inference?
12 The wooden cabinet. The presence of animal blood on shears would be expected in any show poultry facility. For the dubbing of Old English Game  or Cornish Game or Malay Game for the shows.
13 Mr Bolin refers to During a cockfight.  Please read the 11 line description or ranting or at best leading  What is the relevance here!
14 It is admitted that spurs and postizas were found.  These were an inheritance from Joe Z in Maryland an Italian descendant like Tommy Carrano.  Joe was dying and wanted Tommy to have all his Gamefowl Paraphernalia.
15 The contention by Mr Bolin that a Postiza would be attached with melted wax is in my opinion preposterous and devoid of fact.
16 Eggs.I would expect to find labeled eggs at any show poultry fanciers facility.  The relevance here is not understood and Mr Bolin is again LEADING the prosecution.
Note on DUBBING
At a breeding facility for egg producing or commercial chickens.  The breeding males are all surgically altered or dubbed. This is done to improve fertility.  Are these farms guilty of Cockfighting.  The birds are also GAME Fowl.  Cornish Game or Cornish Game Crosses.
Sad but true is that if there was enough time all of these chicken people could end up in a life destroying criminal trial branded with a felony conviction.

Scenario 2.  ASPCA Alison Liu report.

Something I have never seen used as evidence before is The Altering of the spurs on a rooster. This is a new potential attempted incriminating tool for perceived Cockfighting.
This is part of Chicken Husbandry.  Rooster and Hens grow spurs.  There are 2 one on each leg for normal Game Chickens.  Some breeds have more than one spur on each foot Example the Sumatra Game.
As a poultry judge and as a poultry Show Society the American Game Fowl Society require ALL the males to have their spurs trimmed for the show.  This eliminates the poor old judge having a sharp 2 and a half inch spur in his arm or leg when the bird is handled for show.
The sawing off of the spur or the removal of the spur with a Dremmel Tool is comparable to cutting your nails.
Spurs can also be twisted off.  A competent poultry handler can twist the outer spur off as nature intended.  The new inner spur grows out normally and to the untrained eye could be perceived as ALTERED?
The evidence submitted by the ASPCA (Alison Liu) to try and incriminate Tommy Carrano turns 180 degrees on the ASPCA.  The birds at the holding facility have been fighting in my opinion. The birds are supposedly at a place of safety how could this happen.  The facility where I conducted my inspection was staged as I reported.  Where were these birds taken and how were they taken and transported from Tommy Carrano's facility.

In my opinion after being confiscated from Tommy Carrano's farm, many of the roosters were allowed to fight and have kicked off their spurs pen fighting. Often this spur never grows back. One of the roosters has only one spur that will never grow back leaving permanent evidence. Fortunately the ASPCA (Liu) documented the spurs on the confiscated chickens.
After leaving the Carrano facility a Cockfight happened somewhere. My inspection found slipped bills, half grown spurs, scalping and missing and broken feet and toes which I will document later when I am allowed to actually handle the birds.

My whole inspection was conducted at a distance of 6 to 10 feet away from the birds.  When I am able to handle the birds I would expect to find more proof of abuse of these chickens.

Now the ASPCA or the authorities are trying to force Tommy Carrano to forfeit his birds.  This is their attempt to try and cover up their complete incompetence by destroying the evidence. THESE DAMAGED BIRDS ARE EVIDENCE!   They cannot be destroyed.   The ASPCA  took the birds.  If they cannot now care for these birds then I suggest they return the birds to Mr Carrano's farm where they will be well cared for.

The Liu ASPCA report has pictures of the confiscated roosters and hens.  They are all numbered and described in the finest detail.  It will be eye opening when we are allowed to examine the pictures and hndle the birds. Not a thumbnail photograph as shown.
Nowhere in the report does Ms  Liu after checking each bird in fine detail describe any injuries in the column other.  We assume that all the birds were received in excellent condition.
What we need to ascertain is when and where the ASPCA allowed these birds to fight resulting in the serious damage to the birds.
When Roosters are allowed to fight in holding pens permanent damage is sustained by the birds. No amount of  trying to allow birds time to heal can cover the actual physical damage that the poor birds suffered.
When birds pen fight some of the birds (approximately 15%)  lose their upper mandible of the beak.  When this happens the top mandible is left with a soft inner beak.  The lower mandible continues to grow leaving the bird with an elongated beak. If the lower mandible is not trimmed the bird will eventually starve to death because he cannot eat.

At the ASPCA rooster handling facility I inspected 5 out of 30 birds had slipped beaks. This is really bad because only 15% lose their beaks while at least 60% of the fought birds will regrow the upper mandible.

The figures are staggering in my opinion at least 75% of the birds have been cockfighting whilst in ASPCA custody.

The same mathematics apply to slipped spurs.  Many of the birds at the facility had slipped spurs which never regrow and some showed evidence of slipped spurs which had regrown.   In my opinion definate proof that these roosters had been fighting.

Rooster number B12 has a broken leg that has recovered from a greenstick fracture and a gammy leg.  Somewhere this rooster has endured hell yet lived to tell the tale.

Thank Dr liu  for her description of the birds as she found them and photographed them.  The same Photographs of the birds then and now make my task easier to define the Abuse of these chickens at the hands of the ASPCA.

More evidence can and will be submitted at trial.  Only in my opinion 50% of the permanent disfiguration has as yet not been documented because the inspected birds were kept in deep litter shavings and I was not able to see the feet or handle the birds. This is all I have for now and  I revert to Mr Tommy Carrano and the case at this time.


ANTHONY SAVILLE