*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2018

**BY ELECTRONIC MAIL**

Andrew C. Karpf
Laurence Silverman & Associates
1772 E. Jericho Turnpike, #2
Huntington, NY 11743

      Re:    *United States* v. *Thomas Carrano*, 17 Cr. 460 (DAB)

Dear Counsel:

      Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the Government hereby provides notice that it may call Ann Marie Clark, MS, Forensic DNA Analyst, regarding an analysis of DNA collected from items seized from the defendant's farm.

      We are continuing to determine whether there are other expert witnesses we might call at trial. Should we identify additional expert witnesses, we will provide additional notice as promptly as possible.

      **I.**      **DNA Analysis Testimony**

      The Government expects to call Ann Marie Clark, a Forensic DNA Analyst at the University of Florida Forensic Veterinary Program. Ms. Clark would provide testimony regarding the analysis of DNA samples obtained from evidence collected in connection with this investigation and prosecution, and the comparison of the DNA samples to the DNA of various animals, including chickens. A copy of Ms. Clark's report providing her methodology and opinion was provided to you, previously (*See* SDNY_03050 – SDNY_03056). A copy of her notes and a copy of her *curriculum vitae* are enclosed.

      **II.**      **Request for Reciprocal Expert Notice**

      Pursuant to Rule 16(b)(1)(C), the Government hereby demands reciprocal notice regarding any expert witness that any of the defendants intends to rely upon, including a written summary of any testimony that any of the defendants intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence. *See* Fed. R. Crim. P. 16(b)(1)(C)(i). Such summary shall include the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

      The Government also repeats its request for reciprocal discovery under Fed. R. Crim. P. 16(b). Specifically, we request that you allow inspection and copying of: (1) any books, or

February 12, 2018
Page 2

copies or portions thereof, which are in the defendants' possession, custody or control, and which the defendants intend to introduce as evidence or otherwise rely on at trial; and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendants' possession or control, and which the defendants intend to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendants intend to call at trial.

The Government further requests that the defendants disclose prior statements of witnesses they will call to testify. *See* Fed. R. Crim. P. 26.2; *United States* v. *Nobles*, 422 U.S. 225 (1975). We request that such material be provided on the same basis upon which we agree to supply the defendants with 3500 material relating to Government witnesses.

Lastly, pursuant to Fed. R. Crim. P. 12.1(a), the Government hereby demands written notice if any of the defendants intend to offer evidence relating to an alibi defense with respect to any of the charged counts.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By:  /s/
Michael C. McGinnis
Alison G. Moe
Assistant United States Attorneys
(212) 637-2305 / 2225



**Maples Center for
Forensic Medicine
UNIVERSITY *of* FLORIDA**

4800 S.W. 35th Drive
Gainesville, FL 32608
352-265-0680 x 72001
352-265-9904 Fax

**Date:** 2 August 2017

**Contact:**
Rachel Touroo, DVM
ASPCA
2015 SW 16th Avenue
Gainesville, Florida 32610

**Case Number:** MC17-6-1/ASPCA 1627

**Examiner:**
AnnMarie Clark, MS
Maples Center for Forensic Medicine
UF Veterinary Forensic Laboratory
Gainesville, Florida

**Date Received:** 28 June 2017

**Items Received:** Description based on chain of custody and/or description on evidence container
1. MC17-6-1: AF02 Swab of possible blood from decorated equipment box
2. MC17-6-1: AF03: Swab of possible blood from plain wood box
3. MC17-6-1: AF06: Swab of possible blood from plain wood equipment box
4. MC17-6-1: AF07: Swab of possible blood from medium box at end of coop row
5. MC17-6-1: AF09: Swab of possible blood from rooster flirt pole

End of list.

**Services requested:**
1. Test apparent bloodstains on swabs to determine species of origin

End of list.

**Analysis Conducted:** Species identification using cytochrome *b* mitochondrial DNA

**Species Determination:** DNA was extracted from each swab submitted for testing. The DNA was PCR amplified using primers that target the cytochrome *b* portion of the mitochondrial DNA which is typically used for species identification. The resulting sequences were then compared to sequences in GenBank to determine the closest match to genus and species if possible. GenBank is a public repository of sequences representing most species at most areas of the genome.

**Findings:**
1. The submitted sequences aligned most closely with *Gallus gallus*, domestic chicken.
2. The consensus identities are 99-100% for all samples.

End of list.

**Conclusions:**



4800 S.W. 35th Drive
Gainesville, FL 32608
352-265-0680 x 72001
352-265-9904 Fax

It is my professional opinion that the blood on the swabs are from domestic chickens.

All statements in this document are my professional opinion based on my analysis of the data and my expertise in analyzing these types of data. I am available to answer any questions pertaining to this case including questions about the technology, protocols, or sample handling.

Sincerely,

AnnMarie Clark, MS
UF Veterinary Forensic Program
W.R. Maples Center for Forensic Medicine
College of Medicine
University of Florida
4800 SW 35th Drive
Gainesville, FL 32608

Attachment:
1. Genbank sequence alignment for MC17-6-1: AF02
2. Genbank sequence alignment for MC17-6-1: AF03
3. Genbank sequence alignment for MC17-6-1: AF06
4. Genbank sequence alignment for MC17-6-1: AF07
5. Genbank sequence alignment for MC17-6-1: AF09