

# Tennessee Game Fowl Breeders Association

The purpose of the Tennessee Game Fowl Breeders Association is to bind breeders and fanciers of game fowl into an organization for their mutual benefit and for the exchange of better methods and ideals tending toward perpetuation and improvement of the various breeds of game fowl, and also, to improve marketing methods to cooperate with universities, state, federal and any other public or private agency which seeks to control poultry diseases.

**TNGBA** — **OCTOBER 2016**

## OFFICERS

**PRESIDENT**
SAM DAVIS

**VICE-PRESIDENT**
DWIGHT ORR

**TREASURER/DIRECTOR OF MEMBERSHIP**
DIANNE ORR

**SECRETARY**
BOBBY BENNETT

**COORDINATOR**

## PRESIDENT'S MESSAGE

Dear Members,

I hope all is well with you and your family. I am looking forward to seeing you at the annual meeting. It has been a busy year so far. We are always watching and trying to figure out our political process. Things change with each election. As always get out and vote your choice.

The HSUS has upped its pressure on all sides of animal use. They must be watched diligently.

Thank You,



Samuel Davis
Davis Farms

## DEAR MEMBERS:

A couple of things we need to discuss at the meeting.
1. Poultry shows. Be ready to discuss this. We need to make this happen next year.
2. There is people that want to do a TNGBA gamefowl calendar. If you are interested bring a picture.

See you at the meeting.

Dwight Orr

## ANNUAL MEETING
### (MUST BE A PAID UP MEMBER)

**NOTE:** MEMBERSHIP CARDS WILL BE CHECKED. YOU WILL RECEIVE A TICKET FOR LUNCH THAT WILL BE TAKEN UP AT THE FOOD LINE.

**SUNDAY • OCTOBER 9, 2016 • 10:00 AM CST**

**CUMBERLAND STATE PARK • CROSSVILLE, TENNESSEE**

TNGBA furnishes barbecue, baked beans, potato salad, slaw, breads. Members bring dessert and drinks.

Bring extra money, we will be passing the hat. We have some people who need our help.

**PLEASE BRING AN AUCTION ITEM.
WE NEED MORE ITEMS.**



# DIRECTORS AND ALTERNATES

*Jey Johnson* (handwritten, top right)

**DISTRICT 1**
Jerry Morelock

Reid Shirk, Alternate  2013

Jack ~~Turnage~~, Alternate

**DISTRICT 2**
Monte Bounds, Director



**DISTRICT 5**
Mike Webb, Director

Tony Greene, Alternate

Jim Phillips, Alternate ✗

Jamie Hills, Alternate  2014

~~Chase Hatchet~~, Alternate

Dantie Goins

**DISTRICT 6**
Michael Bennett, Director

**DISTRICT 9**
Steven Purser, Director  2015

**DISTRICT 3**
David Archer, ~~Director~~ ALTERNATE

Raymond Flatt, Alternate

**DISTRICT 10**
~~Kenneth Wall~~, Director ✗

Greg Corum, Alternate

**DISTRICT 7**
Charles Forte, Director

David Hembree, Alternate

Jeff Baker, Alternate

~~Truman W. Shahan, Jr.~~, Alternate ✗

~~Daryl Wooden~~, Alternate ✗

David Emert, ~~Alternate~~ DIRECTOR

**DISTRICT 8**
Donald Johnson, Director

**DISTRICT 11**
~~Ronald Pilcher~~, Director ✗

**DISTRICT 4**
Keith Ford, Director

Jim Boshers, Alternate

Austin McGuire, ~~Alternate~~ DIRECTOR

/o

---

**TN.G.B.A. MEMBERSHIP APPLICATION**

Fee $10.00 for TN.G.B.A.

Name _____

Address _____

_____

Email _____

County _____ District _____

**MAIL APPLICATION TO:**
**DIANNE ORR •** ███████████████████████

**MAKE CHECKS PAYABLE TO: TN.G.B.A.**

