# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/19

January 16, 2019

Hon. Sidney H. Stein
United States District Court
500 Pearl Street
New York, New York   10007

Re: *United States v. Thomas Carrano*
17-cr-460 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

This letter is an application to modify the bail conditions for Mr. Carrano so as to permit him to travel from New York to New Jersey through Pennsylvania for work purposes. Following Mr. Carrano's sentencing on December 13, 2018, he was continued on bail pending voluntary surrender. The reason for the requested modification is that, as part of Mr. Carrano's current employment delivering puppies for a kennel, he is scheduled to travel to New Jersey for that purpose this Friday, January 18, 2019. The quickest route to that destination is through Pennsylvania. The government advises us that it has no objection this request.

Very truly yours,

/s/
Richard D. Willstatter

cc: All counsel (by ECF)

SO ORDERED 1/16/19

SIDNEY H. STEIN
U.S.D.J.